1  Ahren A. Tiller [SBN: 250608]
   BLC Law Center, APC
2  1230 Columbia St., Ste. 1100
   San Diego, Ca 92101
3  Phone 619-894-8831
   Fax 866-444-7026
4  Email ahren.tiller@blc-sd.com

5  Attorneys for Plaintiff
   Vincent Manikan

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Vincent Manikan<br><br>Plaintiff<br><br>vs.<br><br>Pacific Ridge Neighborhood Homeowners Association, N.N. Jaeschke, Inc., Peters & Freedman, L.L.P., and Does 1-10,.<br><br><br>Defendants. | Case No.: 3:17-cv-00467-BEN-BLM<br><br>Plaintiff's Notice of Motion And Motion to Amend Complaint and Add New Parties<br><br>Date:  May 22, 2017<br>Time:  10:30 a.m.<br>Judge: Hon. Roger T. Benitez<br>Ctrm:  5A<br><br>Complaint Filed: Feb. 2, 2017<br>Notice of Rem. Filed: Mar. 7, 2017<br>Trial Date: None |

**TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:**

**PLEASE TAKE NOTICE THAT** VINCENT MANIKAN (hereinafter "Plaintiff"), moves this Court for leave to file his First Amended Complaint ("FAC"), adding new parties, and ordering that the FAC submitted concurrently with this Motion be deemed filed.  The hearing on this Motion is scheduled to be heard on <u>May 22, 2017</u> at <u>10:30 a.m.</u> in Courtroom <u>5A</u> at <u>333 West Broadway, San Diego CA 92101</u>.

## MOTION

Plaintiff brings this Motion for leave to file his FAC pursuant to FRCP 15(a), and to add new parties pursuant to FRCP 9, 20, and 21.  Plaintiff's FAC alters his allegations and claims against the existing Defendants, drops one of his claims against Defendant Peters & Freedman, L.L.P. ("P&F") based upon Cal. Civ. Code § 1788 *et. seq.*, and brings new claims against the added Defendant alleging violations of 15 U.S.C. §1692 *et. seq.*, Cal. Civ. Code § 1788 *et. seq.*, and Trespass against Advanced Attorney Services, Inc. ("AAS").  Plaintiff has attached the proposed First Amended Complaint to this Motion, which is marked for identification purposes as "Exhibit 1," and incorporated by this reference. Furthermore, pursuant to Civil Local Rules 15.1(b) and 15.1(c), Plaintiff has attached a redlined version of the proposed First Amended Complaint to this Motion, which is marked for identification purposes as "Exhibit 2," and incorporated by this reference.

This Motion is further based on good cause and the attached Memorandum of Points and Authorities in support.

Dated: April 17, 2017   By:   */s/ Ahren A. Tiller*
AHREN A. TILLER, ESQ.
BLC LAW CENTER, APC
ATTORNEYS FOR PLAINTIFF