Ahren A. Tiller [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, Ca 92101
Phone 619-894-8831
Fax 866-444-7026
Email ahren.tiller@blc-sd.com

Attorneys for Plaintiff
Vincent Manikan

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MANIKAN<br><br>Plaintiff<br><br>vs.<br><br>PACIFIC RIDGE NEIGHBORHOOD HOMEOWNERS ASSOCIATION, N.N. JAESCHKE, INC., PETERS & FREEDMAN, L.L.P., AND DOES 1-10,<br><br>Defendants. | **CASE NO.:** 3:17-CV-00467-BEN-BLM<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I, Ahren A. Tiller, am a resident of the State of California, over the age of eighteen (18) years, and not a party to this action. My business address is 1230 Columbia St., Ste. 1100, San Diego, Ca 92101. I am an attorney licensed to practice and in good standing with the State of California, and am admitted to practice before the United States District Court for Southern District of

California.  I possess personal knowledge of the facts contained herein, and if called to testify I could and would do so as follows.  I do hereby declare:

On *April 12, 2017*, I served the following documents:

**(1) Plaintiff's Notice of Motion and Motion for Leave to Amend Complaint and Add New Parties;**
**(2) Memorandum of Points and Authorities in Support of Motion;**
**(3) Exhibit 1 - Proposed First Amended Complaint;**
**(4) Exhibit 1 - Redlined Copy of Proposed First Amended Complaint**

By the following method(s):

NOTICE OF ELECTRONIC FILING (NEF): On *April 17, 2017* I checked the CM/ECF docket for this case and determined that the parties listed below are on the Electronic Mail Notice List to receive NEF transmission.  Notice of this filing will be sent to the parties of record by operation of the Court's NEF system as described below.

On the following parties:

[x] Craig J Mariam, Gordon & Rees LLP, attorneys for Pacific Ridge Neighborhood Homeowners Association, and N.N. Jaeschke, Inc. - cmariam@gordonrees.com, jfarrar@gordonrees.com.

[x] John Padraic Starrs, attorney(s) for Peters & Freedman, L.L.P. - jstarrs@hoalaw.com, nwright@hoalaw.com, starrsjp@tjsl.edu

**Chambers Copies:**

Pursuant to this Court's Electronic Case Filing Administrative Policies and Procedures 2(e), and General Filing Procedures, if this filing exceeds 20 pages in length, including attachments and exhibits, or if Plaintiff's cumulative filings exceed 20 pages in length on this date, I will provide two courtesy copies to chambers within 24 hours after filing.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 17, 2017         By:    */s/ Ahren A. Tiller*
                                     AHREN A. TILLER, ESQ.
                                     BLC LAW CENTER, APC
                                     ATTORNEYS FOR PLAINTIFF