Ahren A. Tiller [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, Ca 92101
Phone 619-894-8831
Fax 866-444-7026
Email ahren.tiller@blc-sd.com

Attorneys for Plaintiff
Vincent Manikan

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT MANIKAN<br><br>Plaintiff<br><br>vs.<br><br>PACIFIC RIDGE NEIGHBORHOOD HOMEOWNERS ASSOCIATION, N.N. JAESCHKE, INC., PETERS & FREEDMAN, L.L.P., ADVANCED ATTORNEY SERVICES, INC., AND DOES 1-10.<br><br>Defendants. | **Case No.:** 3:17-cv-00467-BEN-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE COURT AND ALL PARTIES HEREIN AND THEIR RESPECTIVE COUNSELS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Vincent Manikan ("Plaintiff") hereby voluntarily dismisses the above-captioned action as to DOES 1-10 ("DOE Defendants"), with prejudice, and without further notice.

In support of said dismissal, Plaintiff avers that none of the DOE Defendants have filed an answer, motion to dismiss, or other responsive pleading.

Dated: June 18, 2019          By:     */s/ Ahren A. Tiller*
                                      Ahren A. Tiller, Esq.
                                      BLC Law Center, APC
                                      Attorneys for Plaintiff