Ahren A. Tiller [SBN: 250608]
BLC Law Center, APC
1230 Columbia St., Ste. 1100
San Diego, Ca 92101
Phone 619-894-8831
Fax 866-444-7026
Email ahren.tiller@blc-sd.com

Attorneys for Plaintiff
Vincent Manikan

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| VINCENT MANIKAN<br><br>Plaintiff<br><br>vs.<br><br>PACIFIC RIDGE NEIGHBORHOOD HOMEOWNERS ASSOCIATION, N.N. JAESCHKE, INC., PETERS & FREEDMAN, L.L.P., AND DOES 1-10,.<br><br>Defendants. | Case No.: 3:17-cv-00467-BEN-BLM<br><br>**PLAINTIFF'S STATUS REPORT**<br><br>Date:  April 21, 2021<br>Time:  10:30 a.m.<br>Judge:  Hon. Roger T. Benitez<br>Ctrm:   5A<br><br>Honorable Roger T. Benitez |
|---|---|

**TO THE HONORABLE ROGER T. BENITEZ, UNITED STATES DISTRICT COURT JUDGE; AND ALL INTERESTED PARTIES:**

Please take notice, that Plaintiff, Vincent Manikan hereby files the following Status Report in anticipation of the upcoming April 21, 2021 Status Conference:

**STATUS REPORT**

On January 27, 2021, this Court conducted a hearing regarding spreading the Ninth Circuit's Mandate. Defendant's Counsel did not appear at said hearing; however, Plaintiff's Counsel informed the court the only remaining Defendant, Peters & Freedman, LLP was currently in receivership and (Ret.) Judge William McCurine, Jr. was acting as the Referee / Receiver and Arbitrator appointed by the Superior Court to oversee the winding up of the Defendant's affairs. Plaintiff and Judge McCurine had reached an informal agreement to settle the matter, subject to the formalities of finalizing a proposed settlement through said receivership. Therefore, this Court set this matter for March 24, 2021 for a Settlement Conference.

On February 23, 2021, David Peters, one of the partners of Peters & Freedman, LLP filed a voluntary Chapter 7 Bankruptcy Petition on behalf of the Defendant, Peters & Freedman, LLP in the Southern District of California Bankruptcy Court, bearing case no.: 21-00646-LA7 ("Bankruptcy Case").

The other Partners of Peters & Freedman, LLP did not wish for the partnership to file for bankruptcy, and filed a Motion to Dismiss the Bankruptcy Case, based upon the fact that (a) David Peters lacked the authority as a minority partner to file said bankruptcy petition on behalf of the partnership, and (b) Judge McCurin's appointment and most recent orders stripped Mr. Peters of said authority to put the Partnership in bankruptcy as well (See Bankruptcy Case, ECF No. 14).

On April 16, 2021, the Southern District of California Bankruptcy Court entered an Order dismissing the Defendant, Peters & Freedman, LLP's bankruptcy case (See Exhibit 1). Therefore, the automatic stay (11 U.S.C. § 362, *et. seq*.) prohibiting this matter from proceeding is no longer in effect. Thus, this matter may proceed.

Plaintiff feels confident now that the case has been dismissed that Judge

McCurin and Plaintiff reach an amicable settlement, however the Parties need time to comply with the formalities of the receivership, and thereby need approximately 45-60 days to formally resolve this matter.

     Therefore, Plaintiff respectfully requests this Court continue the upcoming settlement conference until a date approximately 45-60 days in the future, so as to allow the Parties the time to resolve this matter via a mutually agreeable settlement.

Dated: April 19, 2021        By:    */s/ Ahren A. Tiller*
                                                  Ahren A. Tiller, Esq.
                                                  BLC Law Center, APC
                                                  Attorneys for Plaintiff
                                                  VINCENT MANIKAN

MANIKAN V. PACIFIC RIDGE NEIGHBORHOOD HOMEOWNERS ASSOCIATION ET. AL

3:17-CV-00467-BEN-BLM

# EXHIBIT 1

CSD 1001C [07/01/18]

Name, Address, Telephone No. & I.D. No.

THE LAW OFFICES OF BILL PARKS
Bill Parks (SBN #178419)
316 South Melrose Drive, Suite 100
Vista, California, 92081
 Ph (760) 806-9293

Order Entered on
April 16, 2021
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
PETERS & FREEDMAN

Debtor.

**LODGED**

BANKRUPTCY NO. Case No. 21-00646-LA7

Date of Hearing: March 25, 2021
Time of Hearing: 2:00 p.m.
Name of Judge: Hon. Louise DeCarl Adler

# ORDER ON
## MOTION FOR ORDER DISMISSING CHAPTER 7 CASE, OR
## IN THE ALTERNATIVE FOR RELIEF FROM THE AUTOMATIC STAY

The court orders as set forth on the continuation pages attached and numbered 2 through 2 with exhibits, if any, for a total of 2 pages. Notice of Lodgment Docket Entry No. 49 .

//
//
//
//
//
//
//

DATED: April 15, 2021

*/s/ Louise DeCarl Adler*
Judge, United States Bankruptcy Court

Case 21-00646-LA7 Filed 04/16/21 Entered 04/18/21 21:14:18 Doc 56 Pg. 2 of 4
Case 3:17-cv-00467-BEN-JLB Document 132 Filed 04/19/21 PageID.2012 Page 6 of 8

CSD 1001C [07/01/18] Page **2** of 2

| ORDER ON: MOTION FOR ORDER DISMISSING CHAPTER 7 CASE | |
|---|---|
| DEBTOR: PETERS & FREEDMAN | CASE NO: 21-00646-LA7 |

On March 25, 2021, at approximately 2:00 p.m., the Court held a hearing on the Motion for Order Dismissing Chapter 7 Case as an Unauthorized Filing, or In the Alternative, for Relief from the Automatic Stay ("Motion") filed by Zachary R. Smith, James R. McCormick, Kyle E. Lakin, and Christina Baine DeJardin (collectively, the "Moving Parties").

Richard H. Golubow, Esq. of Winthrop Golubow Hollander, LLP, and Joshua A. Waldman, Esq. of Burkhalter Kessler Clement & George LLP, appeared on behalf of the Movant. Bill Parks, Esq. appeared on behalf of Peters & Freedman, (the "Debtor"). Michael D. Breslauer, Esq. of Solomon Ward Seidenwurm & Smith LLP appeared on behalf of Referee, the Honorable William McCurine, Jr. (Ret.) (the "Referee"). Jesse S. Finlayson, Esq. of Finlayson Toffer Roosevelt & Lilly LLP appeared on behalf of Christopher R. Barclay, Chapter 7 Trustee (the "Trustee").

The Court having read and considered the Motion, the declaration and the Referee's joinder in support (collectively, "Motion Pleadings"), the opposition thereto filed by the Debtor, and the Moving Parties' reply, declarations and evidentiary objections in support (collectively, "Reply", and, the Court now adopts its Tentative Ruling entered 3-22-21, [Docket No. 42] and now based on the pleadings as filed and the record made at the hearing on the Motion, the Court finds that their appears to be no valid purpose for this petition, nor does Peters set forth such a purpose. A chapter 7 petition will provide no discharge to the Debtor (as an entity), and dissolution is already governed by arbitration. Given the foregoing, there is good cause for dismissal of this Chapter 7 petition under section 707(a).

IT IS HEREBY ORDERED THAT:

1. The Motion is granted;

2. The Debtor's bankruptcy case is dismissed for cause under 11 U.S.C. §707(a);

3. Alternatively, the Court hereby abstains and dismisses the Debtor's bankruptcy case for cause under 11 U.S.C. §305(a);

4. The Court retains jurisdiction over Mr. Bill Parks and Mr. David Peters to the extent the Movants wish to pursue a motion for sanctions in this Court, so long as the Movants file a motion for sanctions no later than thirty (30) days after entry of this Order;

5. The Court retains jurisdiction over requests for payment of chapter 7 administrative expenses incurred in this case so ounsel file such request(s) ("Administrative Fee Requests") no later than thirty (30) days after entry of this Order ("Fee Request Deadline");

6. Within ten (10) court days after entry of this Order, the Trustee shall turnover the Debtor's funds currently in his possession to the Referee, except that the Trustee may retain an amount reasonably necessary to pay the estimated Administrative Fee Requests;

7. So long as the Administrative Fee Requests are filed and served on or before the Fee Request Deadline, the Court approved Administrative Fee Requests shall be treated as debts in the Dissolution Action, as such term was defined in the Movants Pleadings, and shall be paid from the Debtor's funds held by the Trustee;

8. If the Administrative Fee Requests are not filed and served on or before the Fee Request Deadline, then within ten (10) days after the Fee Request Deadline, the Trustee shall turnover all of the Debtor's funds currently in his possession to the Referee and any such claims shall be barred as debts in the Dissolution Action; and

9. If the Administrative Fee Requests are filed and served on or before the Fee Request Deadline, then within ten (10) court days after the Administrative Fee Requests are approved by the Court and paid in full, the Trustee shall close the estate's bank account and turnover any remainder of the reserved funds in his possession to the Referee.

IT IS SO ORDERED.

Signed by Judge Louise DeCarl Adler April 15, 2021

United States Bankruptcy Court
Southern District of California

In re:     Case No. 21-00646-LA
Peters & Freedman     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0974-3     User: Admin.     Page 1 of 2
Date Rcvd: Apr 16, 2021     Form ID: pdfO1     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Peters & Freedman, 191 Calle Magdalena, Encinitas, CA 92024-3798 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021     Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ahren A. Tiller | on behalf of Claimant Vincent Gonzales Manikan atiller@blc-sd.com brett.bodie@blc-sd.com;carolina@blc-sd.com;anika@blc-sd.com;danny@blc-sd.com;kreyes@blc-sd.com;derek@blc-sd.com;ecf.blcsd@gmail.com;Megan@blc-sd.com;Nicole@blc-sd.com;4436097420@filings.docketbird.com |
| Bill Parks | on behalf of Debtor Peters & Freedman attparks@aol.com |
| Christopher R. Barclay | admin@crb7trustee.com qcrbarclay2@ecf.axosfs.com,mlcunanan@crb7trustee.com |
| Michael D. Breslauer | on behalf of Unknown Referee Hon. William McCurine, Jr. (Ret.) mbreslauer@swsslaw.com, wyones@swsslaw.com |
| Richard H. Golubow | |

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 2 of 2 |
| Date Rcvd: Apr 16, 2021 | Form ID: pdfO1 | Total Noticed: 1 |

Richard H. Golubow

    on behalf of Partners James R. McCormick Jr. rgolubow@wghlawyers.com, pj@winthropcouchot.com,

Richard H. Golubow

    on behalf of Partners Zachary R. Smith rgolubow@wghlawyers.com  pj@winthropcouchot.com,

Richard H. Golubow

    on behalf of Partners Christina Baine DeJardin rgolubow@wghlawyers.com  pj@winthropcouchot.com,

Richard H. Golubow

    on behalf of Partners Kyle E. Lakin rgolubow@wghlawyers.com  pj@winthropcouchot.com,

United States Trustee

    ustp.region15@usdoj.gov

TOTAL: 9